| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LUIS ALBERTO RAMOS-ORTIZ, §
§
  Plaintiff, §
§
*versus* §  CIVIL ACTION NO. 1:22-CV-447
§
BAYOU LOGISTICS, LLC, BRIAN §
CURTIS MORRIS, ANDREW J. §
BENNETT, *and* DELTA SALES *and* §
LEASING, INC., §
§
  Defendants. §

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#36), filed March 25 2024, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorneys' fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 1st day of April, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE